United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERESA JEAN MOORE, et al.,<br><br>    Appellant(s),<br><br>v.<br><br>JOHN NELSON SPADARO, et al.,<br><br>    Appellee(s). | Case No. 5:17-cv-03760-EJD<br><br>**ORDER TO SHOW CAUSE** |

On June 29, 2017, the District Court Clerk docketed a Notice of Appeal filed by Appellants Teresa Jean Moore and Jennifer Lauren Moore and assigned the matter to the undersigned. A review of the Bankruptcy Court docket reveals, however, that Appellants have not made requisite efforts to perfect this appeal despite the requirement that a designation of the items to be included in the record and a statement of the issues to be presented be filed with the Bankruptcy Court Clerk within 14 days of filing the notice of appeal. Fed. R. Bank. P. 8009(a).

Accordingly, the court hereby issues an order to show cause why this appeal should not be dismissed for failure to prosecute. If Appellants do not, by **August 25, 2017,** demonstrate good cause in writing why this appeal should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Federal Rules of Bankruptcy Procedure 8003(a)(2) and 8009(g). In doing so, however, Appellants must submit proof of compliance with Federal Rule of Bankruptcy Procedure 8009(a).

Case No.: 5:17-cv-03760-EJD
ORDER TO SHOW CAUSE

1

No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: August 14, 2017

EDWARD J. DAVILA
United States District Judge