# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TERESA JEAN MOORE, JENNIFER LAUREN MOORE,<br><br>Appellants,<br><br>v.<br><br>JOHN NELSON SPADARO, et al.,<br><br>Appellees. | Case No. 5:17-cv-03760-EJD<br><br>**ORDER TO SHOW CAUSE** |

On October 3, 2017, the Court granted Appellants' request for an extension of time to file and serve an opening brief. To date, Appellants have not filed any documents in support of their bankruptcy appeal. Accordingly, the court hereby issues an order to show cause why this appeal should not be dismissed for failure to prosecute. If Appellants do not, by May 10, 2018, demonstrate good cause in writing why this appeal should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Federal Rules of Bankruptcy Procedure 8003(a)(2) and 8009(g). In doing so, however, Appellants must submit proof of compliance with Federal Rule of Bankruptcy Procedure 8009(a).

No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: April 10, 2018

EDWARD J. DAVILA
United States District Judge

Case No.: 5:17-cv-03760-EJD
ORDER TO SHOW CAUSE

1